UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW GROSS, III,

                Petitioner,                Case Number 13-12630
                                                        Honorable Lawrence P. Zatkoff

v.

UNITED STATES OF AMERICA,

                Respondent.
_____/

OPINION AND ORDER DENYING MOTION TO STAY [Dkt. 7]

      Petitioner Andrew Gross, III, is a federal prisoner now confined at a pretrial community center in Chicago, filed this case under 28 U.S.C. § 2241. On July 9, 2013, the Court summarily denied the petition because Petitioner had not shown how his remedy under 28 U.S.C. § 2255 was inadequate or ineffective to test the legality of the defendant's detention. *See Wooten v. Cauley*, 677 F. 3d 303, 307 (6th Cir. 2012). A day after the Court dismissed the case, Petitioner filed a motion to stay, which seems to request that the Court order him to be put on "home confinement status" in Detroit. Because the petition has already been dismissed, the motion is DENIED as moot.

      IT IS SO ORDERED.

                                                        S/Lawrence P. Zatkoff
                                                        Honorable Lawrence P. Zatkoff
                                                        United States District Judge

Dated:  September 10, 2013